

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FRANK TUCKER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:11cv010

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS DAY came the Plaintiff, Frank Tucker, by counsel, and represents to the Court that all of the matters in controversy have been completely and definitively resolved between the plaintiff and the defendant.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the claims set forth in the complaint filed herein by the plaintiff against the defendant had been settled and that said complaint should be dismissed with prejudice, it is therefore,

ORDERED, ADJUDGED and DECREED that the complaint heretofore filed by Frank Tucker against NCO Financial Systems, Inc. be and it is hereby dismissed with prejudice. And nothing further, this matter is stricken from the docket and placed among the ended causes.

ENTERED this _13th_ day of _April_, 2011

                                 /s/
                          James R. Spencer
                          Chief United States District Judge

We ask for this:

_____
John Cole Gayle, Jr. (VSB No. 18833)
The Consumer Law Group, PC
5905 West Broad Street, Suite 303
Richmond, Virginia 23230
Telephone: 804-282-7900
Facsimile: 804-673-0316
jgayle@theconsumerlawgroup.com

*Counsel for Plaintiff*

_____
William D. Bayliss, (VSB No. 13741)
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, Virginia 23219
Telephone: 804-420-6000
Facsimile: 804-420-6507
bbayliss@williamsmullen.com

*Counsel for Defendant*